

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Eric Montreal Anderson, Appellant

No. 06-24-00006-CR        v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 2330084).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find error in the bill of costs and partial error in the judgment of the court below.  We modify the trial court's judgment and bill of costs by deleting the order to pay $75.00 in duplicative reimbursement.  We further modify the bill of costs by deleting the time payment fee.  As modified, we affirm the trial court's judgment.

We further order that the appellant, Eric Montreal Anderson, pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 6, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk